# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 90 WAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DAVID JAMES MCCLELLAND, | : | |
| | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 4th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.